United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| In re application of Department of Homeland Security, Immigration and Customs Enforcement, Petitioner<br><br>v.<br><br>Md Omar Faruk, Abdul Awal, and Tanvir Hossen, Respondents | ) ) ) ) ) ) ) ) | Civil Action No. 19-23633-Civ-Scola |

**Order Granting the Government's Motion for an Emergency Court Order to Permit Involuntary Administration of Hydration, Blood Draws, Urinalysis, Weigh-ins, and Routine Medical Examinations and to Permit Involuntary Administration of Nutrients Should it Become Necessary**

The Department of Homeland Security, Immigration and Customs Enforcement (ICE) asks the Court to issue an emergency court order to allow it to involuntarily administer nutrients and hydration and conduct involuntary blood draws, urinalysis, weigh-ins, and routine medical examinations. The Court has reviewed the petition, and the attached declarations of Dr. Luis Ortega, M.D. and Juan Acosta. The Court finds that an emergency condition exists, since the refusal of Respondents Md Omar Faruk, Abdul Awal, and Tanvir Hossen to eat or drink has caused a significant deterioration in their physical conditions. Further, the Court finds that should Respondents' refusal to allow medical staff at Krome to continue drawing blood to perform necessary blood testing, to submit urine specimens for urinalysis, and allowing medical staff to weigh them, and perform medical examinations, would prevent the ICE Health Service Corps from accurately monitoring the health of each Respondent, as they continue to deprive themselves of nutrition by engaging in a hunger strike. The Court finds, based on Dr. Ortega's declaration, that blood draws, urinalysis, weigh-ins, and medical examinations are medically necessary to accurately assess the state of each Respondent's health and make determinations as to whether immediate medical intervention is necessary to preserve the lives of Respondents. The Court also finds, based on Dr. Ortega's declaration, that involuntary hydration is necessary to prevent injury, further dehydration, organ failure, or loss of life. The Court further finds there is a need to take immediate action pending any challenge by Respondent to the ICE's institution of this suit.

For these reasons, the Court **grants, in large part**, ICE's emergency motion (**ECF No. 3**). ICE is authorized, through competent medical authority,

to involuntarily draw blood from Respondents; to insert urinary catheters for the purpose of obtaining urine for urinalysis; to conduct weigh-ins of Respondents; conduct medical examinations of Respondents; and administer hydration. Because Dr. Ortega's affidavit indicates involuntary nutrition is not yet necessary, ICE is only authorized to involuntarily administer nutrition, though a nasogastric tube and/or intravenous line, as necessary to prevent injury, malnourishment, organ failure, or loss of life until a hearing is held. Further, ICE is authorized, through competent medical authority, to restrain Respondents if they attempt to resist these medically necessary procedures. This order shall be in effect until **September 18, 2019**.

The Court **notices** this matter for a **hearing** on **September 5, 2019 at 9:00 a.m.** at the Wilkie D. Ferguson, Jr. Federal Courthouse, Courtroom 12-3, 400 North Miami Avenue, Miami, Florida 33128. The Respondents must be present for this hearing.

The Court orders ICE to file a **notice**, by **3:00 p.m. on August 30, 2019**, informing the Court if the Respondents speak English. If they do not, ICE must inform the Court what languages the Respondents do speak, so that the Court can make arraignments to have the appropriate interpreters present at the hearing. This **notice** must also advise the Court whether the Respondents have counsel representing them regarding this issue (i.e., compelled medical observation and testing). If the Respondents do not have counsel regarding this issue, ICE must include a memorandum of law on the issue of whether the Respondents are entitled to court-appointed attorneys to represent them regarding the issue of compelled medical observation and testing, and foreseeably, compelled feeding and hydration.

The Petitioners are ordered to immediately effect personal service of this order and the petition on the Respondents.

**Done and ordered** at Miami, Florida on August 29, 2019.

Robert N. Scola, Jr.
United States District Judge

Copy via personal service by ICE:
Md Omar Faruk
Abdul Awal
Tanvir Hossen
Krome Service Processing Center
18201 S.W. 12th Street
Miami, Florida 33194