United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| In re application of Department of Homeland Security, Immigration and Customs Enforcement, Petitioner<br><br>v.<br><br>Md Omar Faruk, Abdul Awal, and Tanvir Hossen, Respondents | ) ) ) ) ) ) ) ) | Civil Action No. 19-23633-Cv-Scola |

**Order Dismissing Case as to Respondent Awal**

The Court held a hearing in this matter on September 10, 2019. During that hearing, Respondent Abdul Awal announced he was no longer on a hunger strike and was voluntarily accepting nutrition, hydration, and medical care and testing. In response, the Government sought to dismiss its case as to Awal only. Accordingly, the Court **dismisses** Awal from these proceedings and directs the Clerk to **terminate** him from the docket. This case remains pending, however, as to Respondents Md Omar Faruk and Tanvir Hossen.

**Done and ordered,** in Chambers, at Miami, Florida on September 10, 2019.

Robert N. Scola, Jr.
United States District Judge