United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| In re application of Department of Homeland Security, Immigration and Customs Enforcement, Petitioner<br>v.<br>Md Omar Faruk, Abdul Awal, and Tanvir Hossen, Respondents | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 19-23633-Civ-Scola |

Order Granting Government's Motion to Amend Emergency Court Order

On September 10, 2019, the Court held a hearing in this cause. Respondents Md Omar Faruk, Abdul Awal, and Tanvir Hossen, were present, as was petitioner Department of Homeland Security, Immigration and Customs Enforcement. The Government moved ore tenus to amend the Court's August 29, 2019 Order Granting the Government's Motion for an Emergency Court Order to Permit Involuntary Administration of Hydration, Blood Draws, Urinalysis, Weigh-ins, and Routine Medical Examinations and to Permit Involuntary Administration of Nutrients Should it Become Necessary (ECF No. 4), to include Larkin Community Hospital and any of its staff physicians within the term "competent medical authority." The Government's motion is granted.

ICE is authorized, through competent medical authority, which includes Larkin Community Hospital and any of its staff and physicians, to involuntarily draw blood from Respondents; to insert urinary catheters for the purpose of obtaining urine for urinalysis; to conduct weigh-ins of Respondents; conduct medical examinations of Respondents; and administer hydration. Because Dr. Ortega's affidavit indicates involuntary nutrition is not yet necessary, ICE is only authorized to involuntarily administer nutrition, through a nasogastric tube and/or intravenous line, as necessary to prevent injury, malnourishment, organ failure, or loss of life until a hearing is held. Further, ICE is authorized, through competent medical authority, which includes Larkin Community Hospital and any of its staff and physicians, to restrain Respondents if they attempt to resist these medically necessary procedures. This order shall be in effect until **September 18, 2019**.

**Done and ordered** at Miami, Florida on September 11, 2019.

Robert N. Scola, Jr.
United States District Judge

Copy via personal service by ICE:
**Md Omar Faruk**
**Tanvir Hossen**
Krome Service Processing Center
18201 S.W. 12th Street
Miami, Florida 33194