United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| In re application of Department of Homeland Security, Immigration and Customs Enforcement, Petitioner<br>v.<br>Md Omar Faruk, Abdul Awal[1], and Tanvir Hossen, Respondents | ) | Civil Action No. 19-23633-Civ-Scola |

**Order Requiring Status Report**

After a hearing, the Court entered an order on September 13, 2019, authorizing the Department of Homeland Security, Immigration and Customs Enforcement (ICE) to perform various involuntary medical procedures on Respondents Md Omar Faruk and Tanvir Hossen, including administering nutrition and hydration. (ECF No. 15.) That order was entered as a result of Faruk and Hossen's refusal to drink water or consume food as part of a hunger strike. Recently, on October 11, 2019, the Government submitted a status report, advising the Court that Faruk and Hossen continue to be administered fluids intravenously and nutrition through nasogastric tubes on a daily basis. (ECF No. 16.)

The Court orders the Government to file another status report with the Court on **November 13, 2019**, detailing Faruk and Hossen's health status, including their current weights and what measures have been taken, or continue to be taken, as authorized by the Court's September 13 order. If either Faruk or Hossen discontinues his hunger strike or is removed from the United States, the Government must immediately notify the Court.

**Done and ordered** at Miami, Florida on October 15, 2019.

Robert N. Scola, Jr.
United States District Judge

Copy via personal service by ICE:
Md Omar Faruk
Tanvir Hossen
Krome Service Processing Center
18201 S.W. 12th Street
Miami, Florida 33194

[1] Awal was voluntarily dismissed on September 10, 2019 after he announced in court that he had ended his hunger strike.